IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LETICIA BRUNET-GONZÁLEZ AND TRILLION REALTY GROUP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CITIBANK, N.A. AND ORIENTAL BANK, <br><br> Defendants. | CIV. NO.: 22-1544 (SCC) |

**JUDGMENT**

In view of the Stipulation of Dismissal filed at Docket No. 85, this case is hereby **DISMISSED WITH PREJUDICE**.

Each party shall bear their own costs and attorney's fees.

This case is now closed.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 4th day of March 2024.

S/ SILVIA CARREÑO-COLL
UNITED STATES DISTRICT COURT JUDGE